**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THOMAS JOSEPH GODDARD, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> 1910 N. MAIN STREET APARTMENTS CAPITAL, LLC, DBA NoMa Apartments; SARES-REGIS GROUP RESIDENTIAL, INC.; CHRISTINA MADRID, in her individual and official capacity; TAI WANG, in her individual and official capacity, <br><br> Defendants - Appellees. | No. 25-5230 <br><br> D.C. No. 3:25-cv-05882-EMC <br><br> MEMORANDUM* |

Appeal from the United States District Court
for the Northern District of California
Edward M. Chen, District Judge, Presiding

Submitted December 17, 2025**

Before: PAEZ, CHRISTEN, and KOH, Circuit Judges.

Thomas Joseph Goddard appeals pro se from the district court's order

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

denying his motion for a preliminary injunction in his action alleging disability discrimination and retaliation under federal and state law. We have jurisdiction under 28 U.S.C. § 1292(a)(1). We review de novo questions of our own jurisdiction, *Hunt v. Imperial Merchant Servs., Inc.*, 560 F.3d 1137, 1140 (9th Cir. 2009), and we dismiss this appeal as moot.

Goddard's appeal is moot because, during the pendency of this appeal, the district court granted with prejudice defendants' motion to dismiss the action and entered judgment. *See Akina v. Hawaii*, 835 F.3d 1003, 1010 (9th Cir. 2016) ("An interlocutory appeal of the denial of a preliminary injunction is moot when a court can no longer grant any effective relief sought in the injunction request."); *ACF Indus. Inc. v. Cal. State Bd. of Equalization*, 42 F.3d 1286, 1292 (9th Cir. 1994) (dismissing as moot certain claims on appeal from a preliminary injunction order because the claims were dismissed before the district court while the appeal was pending); *Mt. Graham Red Squirrel v. Madigan*, 954 F.2d 1441, 1450 (9th Cir. 1992) (explaining that, when underlying claims have been decided, the reversal of a denial of a preliminary injunction would have no practical consequences, and the issue is therefore moot).

In light of our disposition, we do not consider Goddard's contentions about the merits of the appeal.

All pending motions are denied as moot.

**DISMISSED.**